# AFFIDAVIT OF
# RETURN OF SERVICE

**US DISTRICT COURT**

CASE #1 25-CV-00013-RGE-HCA

**SOUTHERN DISTRICT OF IOWA**

**CASE NAME:**        TYLER WATTS
                                   VS
                              DRT. LLC

I, the undersigned, being duly sworn on oath, do hereby depose and state that I received the **CIVIL COVER SHEET; SUMMONS; COMPLAINT**

Received on the 21 day of July 2025; served on the 21 day of July 2025 at 12:10pm

I served the same on the within name DRT, LLC
At 505 5TH Avenue, Suite 729, **DES MOINES, IOWA**

by delivering a true and identical copy of each such item in the following manner:

_____    I served the same by delivering a copy thereof to the above personally.

_____    I served the same on the above person at the person's dwelling house or usual place of abode, by there delivering a copy thereof to a member of the family, or a manager, clerk, proprietor or custodian named and described below, a person who was then at least eighteen years old, who resides at this address.

   X        I served to above company, corporation, etc., by delivering a copy to the person named and described below. Said service was made at the address shown below, if any otherwise at the above address.

Service Fee _____      Located at _____

Mileage _____          Remarks: c/o Corporation Service Company, Registered Agent
                                 Served Abby Coney

Service Charge _____

Total Charges: $50.00

By: _____
C Miller Investigations, Inc.

Subscribed and sworn to before by the said Raymond Miller
In Polk County, Iowa on this the 22 day of July 2025

By: _____
Notary Public for the State of Iowa

**DONNA C. RAY**
Commission Number 781706
My Commission Expires
December 6, 2025