# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| TYLER WATTS,<br><br>      Plaintiff,<br><br>v.<br><br>DRT LLC,<br><br>      Defendant. | CASE NO. 1:25-cv-00013<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Defendant DRT LLC ("DRT"), pursuant to LR 7(j), moves the Court for an extension of time in which to answer or otherwise respond to the Plaintiff's Class Action Complaint. In support of the request, Defendant states as follows:

1. Plaintiff filed his Class Action Complaint on July 18, 2025.

2. Defendant was served on July 22, 2025, making the original deadline to file a responsive motion or pleading August 11, 2025.

3. The undersigned counsel was recently retained by DRT and said counsel is currently gathering information necessary to prepare a response to the Class Action Complaint.

4. The deadline for DRT to file a responsive pleading has not been previously continued or extended.

5. As of the date of this motion, DRT is unaware of any existing court-imposed deadlines in this proceeding.

6. Counsel for Defendant has consulted with counsel for Plaintiff, who does not oppose this Motion for an extension of time.

7. By moving for the extension of time, Defendant does not waive any of its affirmative defenses, including but not limited to lack of personal jurisdiction, improper process,

improper service of process, improper venue, failure to state a claim, or failure to join a necessary party.

WHEREFORE, Defendant requests that the Court grant this request for an extension of time so that Defendant may have until **September 10, 2025**, to responsively plead to Plaintiff's Class Action Complaint.

Dated this 6th day of August, 2025.

DRT LLC, Defendant,

By: */s/ Allison D. Balus*
Allison D. Balus (AT0010832)
Kenneth W. Hartman (AT0010409)
Adam J. Kost (AT0014567)
of   BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, NE  68102-2068
Phone: 402-344-0500
abalus@bairdholm.com
khartman@bairdholm.com
akost@bairdholm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    J. Barton Goplerud – goplerud@sagwlaw.com
    Brian O. Marty – marty@sagwlaw.com

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

    None.

                                                                         */s/ Allison D. Balus*

6811737.2