### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF IOWA
### WESTERN DIVISION

| | |
|---|---|
| TYLER WATTS,<br><br>　　　　Plaintiff,<br>vs.<br><br>DRT, LLC,<br>　　　　Defendant. | CASE NO. 1:25-cv-00013<br><br>**NOTICE OF APPEARANCE** |

　　　Adam Kost and Kenneth Hartman, of Baird Holm LLP hereby enter their appearances in the above-referenced matter as counsel on behalf of Defendant, DRT, LLC ("DRT"), and request notification of all future activity in this case.

　　　Dated this 7th day of August, 2025.

　　　　　　　　　　　　　　　　　　DRT, LLC
　　　　　　　　　　　　　　　　　　Defendant,

　　　　　　　　　　　　　　　By:　/s/ *Adam J. Kost*
　　　　　　　　　　　　　　　　　　Kenneth W. Hartmann (AT0010409)
　　　　　　　　　　　　　　　　　　Adam J. Kost (AT0014567)
　　　　　　　　　　　　　　of　BAIRD HOLM LLP
　　　　　　　　　　　　　　　　　　1700 Farnam St. Ste. 1500
　　　　　　　　　　　　　　　　　　Omaha, NE  68102-2068
　　　　　　　　　　　　　　　　　　Phone: 402-344-0500
　　　　　　　　　　　　　　　　　　Email:  khartman@bairdholm.com
　　　　　　　　　　　　　　　　　　Email:  akost@bairdholm.com

### CERTIFICATE OF SERVICE

　　　The undersigned hereby certifies that on the 7th day of August, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

　　　J. Barton Goplerud – goplerud@sagwlaw.com
　　　Brian O. Marty – marty@sagwlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Adam J. Kost*