IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| TYLER WATTS,<br><br>        Plaintiff,<br>vs.<br><br>DRT, LLC,<br><br>        Defendant. | CASE NO. 1:25-cv-00013<br><br>**NOTICE OF APPEARANCE** |

Kenneth W. Hartman, of Baird Holm LLP hereby enter his appearance in the above-referenced matter as counsel on behalf of Defendant, DRT, LLC ("DRT"), and requests notification of all future activity in this case. Allison D. Balus and Adam J. Kost, also of Baird Holm LLP, will continue to represent DRT as well.

Dated this 13th day of August, 2025.

        DRT, LLC, Defendant,

        By:  /s/ Kenneth W. Hartman
              Kenneth W. Hartman (AT0010409)
        of   BAIRD HOLM LLP
              1700 Farnam St. Ste. 1500
              Omaha, NE 68102-2068
              Phone: 402-344-0500
              Email: khartman@bairdholm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of August, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    J. Barton Goplerud – goplerud@sagwlaw.com
    Brian O. Marty – marty@sagwlaw.com

                */s/* Kenneth W. Hartman