## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Iowa

Case Number: 1:25-CV-00014-SMR-WPK

Plaintiff:
TERRY CLARK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

vs.

Defendant:
DRT, LLC

For:
Andrew J. Shamis, Esq.
Shamis & Gentile, P.A.
14 NE 1ST Avenue, Suite 400
Miami, FL 33132

Received by Global Process Services Corp on the 28th day of July, 2025 at 11:34 am to be served on DRT, LLC C/O CORPORATION SERVICE COMPANY, 505 5TH AVENUE, SUITE 729, DES MOINES, IA 50309.

I, Alese Burris, do hereby affirm that on the 30th day of July, 2025 at 10:08 am, I:

served a CORPORATION by delivering a true copy of the Summons in a Civil Action, Class Action Complaint Demand for Jury Trial and Disclosure Form with the date and hour of service endorsed thereon by me, to: CINDY HALVERSON as LEGAL ASSISTANT for DRT, LLC C/O CORPORATION SERVICE COMPANY, at the address of: 505 5TH AVENUE, SUITE 729, DES MOINES, IA 50309, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 65, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 185, Hair: White, Glasses: N

I Certify that I am over the age of eighteen, and that I have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which service was made. Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it are true. Notary not required pursuant to Fla. Stat. § 92.525(2).

**Alese Burris**
Process Server

**Global Process Services Corp**
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: GER-2025004414
Ref: S&G

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Iowa

| | |
|---|---|
| TERRY CLARK, individually and on behalf of all others similarly situated | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:25-cv-00014-SMR-WPK |
| | ) ) ) |
| DRT, LLC | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DRT, LLC
c/o Corporation Service Company
505 5th Avenue, Suite 729
Des Moines, IA 50309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED

Date: 07/24/2025



Chandlor G. Collins, Clerk

By: _____

CLERK