# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| TYLER WATTS,<br><br>  Plaintiff,<br>vs.<br><br>DRT, LLC,<br>  Defendant. | CASE NO. 1:25-cv-00013<br><br>NOTICE OF NO OBJECTION TO MOTION TO APPOINT INTERIM CLASS COUNSEL |

Defendant DRT, LLC, informs the Court that it takes no position as to Plaintiffs' Unopposed Motion to Appoint Interim Class Counsel (ECF 6) and, therefore, does not object to the motion.

Dated this 21st day of August 2025.

        DRT, LLC
        Defendant,

By: /s/ *Adam J. Kost*
    Allison D. Balus (AT0010832)
    Kenneth W. Hartman (AT0010409)
    Adam J. Kost (AT0014567)
of  BAIRD HOLM LLP
    1700 Farnam St. Ste. 1500
    Omaha, NE  68102-2068
    Phone: 402-344-0500
    abalus@bairdholm.com
    khartman@bairdholm.com
    akost@bairdholm.com