UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TYLER WATTS, TERRY CLARK, and MARK MOORE, individually and on behalf of all others similarly situated,<br>        Plaintiff(s),<br><br>v.<br><br>DRT LLC,<br>        Defendant(s). | Case No. 1:25-cv-00013-RGE-HCA<br><br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

### A. Applicant's Information and Certification

Pursuant to Southern District of Iowa Local Rule 83(d)(3) and (4), I, Kennedy M. Brian, respectfully moves to appear *pro hac vice* for the purpose of appearing as counsel on behalf of, Tyler Watts, in the above case. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing in the following United States District Court and/or a state's highest court: Oklahoma, Bar Id: 34617.

2. I have never been disbarred, suspended, or received any discipline in any state or federal courts, and no complaints or disciplinary matters are pending against me.

3. I agree to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice law in the state courts of Iowa and comply with the Local Rules.

4. I agree to comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with J. Barton Goplerud, an attorney admitted to practice law in this district and who has entered an appearance in this case.

5. I agree to pay the applicable required fee electronically.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for appearing in this case.

                                          Respectfully submitted,

Date: 08/20/2025                               /s/ Kennedy M. Brian
                                                    (Signature)
                                                    Kennedy M. Brian
                                                   (Printed Name)
                                                 Federman & Sherwood
                                                 (Law Firm Name)
                                                 10205 N. Pennsylvania Ave.
                                                 (Law Firm Street address)
                                                 Oklahoma City, OK 73120
                                                 (City, State, Zip Code)
                                                 (405) 235-1560
                                                 (Telephone number)
                                                 kpb@federmanlaw.com
                                                 (E-mail address)

**B. Local Counsel Information and Certification**

      I, J. Barton Goplerud, an active member in good standing of the bar of the United States District Court for the Southern District of Iowa, request that this court admit Kennedy M. Brian *pro hac vice*, an attorney admitted to practice and currently in good standing in, Oklahoma, but not admitted to the bar of this court, who will be counsel for the Plaintiffs, in the case listed above. I am aware of my obligations under the Local Rules of this court including requiring that I accept service of all documents.

Date: 08/20/2025                               /s/ J. Barton Goplerud
                                                   (Signature)
                                                 J. Barton Goplerud
                                                 (Printed Name)