**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**WESTERN DIVISION**

| | |
|---|---|
| **TYLER WATTS**, **TERRY CLARK**, and **MARK MOORE** individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>**DRT LLC**,<br><br>          Defendant. | Civil Action No. 1:25-cv-00013-RGE-HCA |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

Plaintiffs Tyler Watts, Terry Clark, and Mark Moore (collectively, "Plaintiffs"), on behalf of themselves and on behalf of all others similarly situated (the "Class" or "Class Members"), and Defendant DRT LLC ("Defendant") (together with Plaintiffs, the "Parties") respectfully file this Joint Motion to Set Briefing Schedule ("Motion") and in support of this Motion state as follows:

1. The underlying litigation stems from a data security incident impacting Defendant on or around May 29, 2025 (the "Data Incident").

2. After the Data Incident was announced, Plaintiffs filed three (3) separate putative class action lawsuits before this Court (the "Related Actions").

3. Plaintiffs filed an Unresisted Motion to Consolidate Cases and Appoint Interim Class Counsel on August 7, 2025. (ECF No. 6).

4. The Related Actions were consolidated before this Court on August 13, 2025, under the case number of the *Watts* Action. (ECF No. 8). However, the Court did not appoint interim class counsel nor set a deadline for Plaintiffs to file their Consolidated Complaint.

5. On August 14, 2025, the Court directed Defendant to file any objection to Plaintiffs' Motion to Appoint Lead Counsel no later than August 25, 2025. (ECF No. 10).

6. It is currently unclear when Plaintiffs' deadline to file a Consolidated Complaint is. Therefore, to avoid any doubt, the Parties jointly request a briefing schedule to establish the timeframe for Plaintiffs to file a Consolidated Complaint and for Defendant to file a response to Plaintiffs' forthcoming Consolidated Complaint.

7. The Parties jointly propose the following briefing schedule:

   a. Plaintiffs shall file their Consolidated Complaint within **thirty (30) days** of the entry of an Order granting this Motion.

   b. Defendant shall file an answer or otherwise respond to Plaintiffs' Consolidated Complaint within **forty-five (45) days** of the filing of Plaintiffs' Consolidated Complaint.

   c. In the event Defendant files a motion to dismiss, Plaintiffs shall file their response in opposition within **forty-five (45) days**.

   d. In the event an opposition brief is filed, Defendant shall file its reply brief within **fourteen (14) days.**

8. The deadline for Plaintiffs to file a Consolidated Complaint has not been previously continued or extended.

9. Defendant's deadline to respond to Plaintiff Watts's Complaint was previously extended once before (by Defendant's request) from August 11, 2025, to September 10, 2025. (ECF Nos. 4, 5).

10. The proposed briefing schedule will not impact any other deadlines in this matter because a scheduling order has not yet been entered. No dates have been set for a final pretrial

conference and trial.

11.    The Parties have met and conferred in good faith and agree to the proposed briefing schedule.

WHEREFORE, the Parties respectfully and jointly request the Court adopt the proposed briefing schedule set forth above.

DATED: August 29, 2025

Respectfully submitted,

**COUNSEL FOR PLAINTIFFS AND THE PUTATIVE CLASS:**

*/s/ J. Barton Goplerud*
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
**SHINDLER ANDERSON GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: goplerud@sagwlaw.com

Leanna A. Loginov
(*pro hac vice* forthcoming)
**SHAMIS AND GENTILE PA**
14 N.E. 1st Ave Suite 705
Miami, FL 33132
T: 305-479-2299
F: 786-623-0915
E: lloginov@shamisgentile.com

Kennedy M. Brian
(*pro hac vice* forthcoming)
William B. Federman
(*pro hac vice* forthcoming)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560

F: (405) 239-2112
E: wbf@federmanlaw.com
E: kpb@federmanlaw.com

Leigh S. Montgomery
(*pro hac vice* forthcoming)
E: lmontgomery@eksm.com
Service only: service@eksm.com
**EKSM, LLP**
4200 Montrose Blvd. Ste 200
Houston, Texas 77006
Phone: (888) 350-3931

**COUNSEL FOR DEFENDANT:**

DRT, LLC, Defendant,

By:  /s/ Adam J. Kost
      Allison D. Balus (AT0010832)
      Kenneth W. Hartman (AT0010409)
      Adam J. Kost (AT0014567)
of   BAIRD HOLM LLP
      1700 Farnam St. Ste. 1500
      Omaha, NE 68102-2068
      Phone: 402-344-0500
      Email: abalus@bairdholm.com
      Email: khartman@bairdholm.com
      Email; akost@bairdholm.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 29, 2025, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System and was thereby served on all counsel of record.

      */s/ Adam J. Kost*
      Adam J. Kost, AT0014567