IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| TYLER WATTS; TERRY CLARK, and MARK MOORE, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>DRT, LLC,<br><br>       Defendant. | 1:25-cv-00013-RGE-HCA<br><br>ORDER |

Before the Court is an Unopposed Motion to Appoint Interim Class Counsel filed by Plaintiff Tyler Watts, Terry Clark, and Mark Moore ("Plaintiffs"). ECF No. 6. Plaintiffs request the Court appoint Leanna A. Loginov of Shamis & Gentile, P.A., and Kennedy M. Brian of Federman & Sherwood as interim co-lead class counsel. *Id.* at 2. Defendant DRT, LLC, informed the Court it takes no position on the motion, "and, therefore, does not object to the motion." Def.'s Notice No Obj. Mot. Appoint Interim Class Counsel, ECF No. 14.

Under Federal Rule of Civil Procedure 23(g)(3), "[t]he court may designate interim counsel to act on behalf of the putative class before determining whether to certify the action as a class action." After reviewing the motion and the relevant factors under Rule 23(g), the Court **grants** the motion. The Court appoints Leanna A. Loginov of Shamis & Gentile, P.A., and Kennedy M. Brian of Federman & Sherwood as interim co-lead class counsel to act on behalf of Plaintiffs and the putative class.

    **IT IS SO ORDERED.**

    Dated September 25, 2025.

                                                                 Helen C. Adams
                                                                 U.S. Magistrate Judge