## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Iowa

Case Number: 1:25-CV-00013-RGE-HCA

Plaintiff:
IN RE: DRT LLC DATA SECURITY LITIGATION

vs.

Defendant:
10 ROADS EXPRESS, LLC

For:
Leanna Loginov, Esq.
Shamis & Gentile, P.A.
14 NE 1st Ave.
Suite 705
Miami, FL 33132

Received by Global Process Services Corp on the 21st day of October, 2025 at 9:09 pm to be served on 10 ROADS EXPRESS, LLC C/O CORPORATION SERVICE COMPANY, 505 5TH AVENUE, DES MOINES, IA 50309.

I, Marcus Robinson, being duly sworn, depose and say that on the 24th day of October, 2025 at 10:15 am, I:

served a CORPORATION by delivering a true copy of the Summons in a Civil Action and Consolidated Class Action Complaint with the date and hour of service endorsed thereon by me, to: MORGAN WILLIAMS as LEGAL ASSISTANT for 10 ROADS EXPRESS, LLC C/O CORPORATION SERVICE COMPANY, at the address of: 505 5TH AVENUE, DES MOINES, IA 50309, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 25, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 140, Hair: Brown, Glasses: Y

I Certify that I am over the age of eighteen, and that I have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which service was made. Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it are true. Notary not required pursuant to Fla. Stat. § 92.525(2)

Subscribed and Sworn to before me on the 29th day of October, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

**ALESE A BURRIS**
Commission Number 794476
My Commission Expires
February 09, 2028

Marcus Robinson
Process Server

Global Process Services Corp
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: GER-2025006103
Ref: S&G

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| IN RE: DRT LLC DATA SECURITY LITIGATION<br><br>*Plaintiff(s)*<br>v.<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:25-cv-00013-RGE-HCA<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
10 ROADS EXPRESS, LLC
c/o CORPORATION SERVICE COMPANY
505 5TH AVENUE
DES MOINES, IA 50309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
J. Barton Goplerud
Brian O. Marty
SHINDLER ANDERSON GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/21/2025



SUMMONS ISSUED

Chandlor G. Collins, Clerk

By: _____
CLERK