UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| IN RE: DRT LLC DATA SECURITY LITIGATION | No. 1:25−cv−00013-RGE-HCA<br><br>Hon. Magistrate Judge Helen C. Adams |

**UNOPPOSED MOTION TO WITHDRAW AND
SUBSTITUTE INTERIM CO-LEAD CLASS COUNSEL**

Pursuant to Local Rule 83(d)(6) of the United States District Court for the Southern District of Iowa, Kennedy M. Brian of Federman & Sherwood respectfully requests leave to withdraw her appearance as one of the attorneys of record for Plaintiffs in this matter and respectfully requests the Court substitute attorney Jessica A. Wilkes of Federman & Sherwood to serve in her place as Interim Co-Lead Class Counsel. In support of this Motion, Ms. Brian states as follows:

1. On July 18, 2025, Plaintiff Watts, by and through his attorneys, William B. Federman of Federman & Sherwood, Kennedy M. Brian of Federman & Sherwood, J. Barton Goplerud of Shindler Anderson Goplerud & Weese P.C., and Brian O. Marty of Shindler Anderson Goplerud & Weese P.C., filed a putative class action against Defendant DRT LLC (the "*Watts* Action"). (ECF No. 1).

2. Ms. Brian and Mr. Federman were admitted to practice *pro hac vice* before this Court. (ECF Nos. 13, 16).

3. On August 13, 2025, the *Watts* Action was consolidated with other related putative class action lawsuits into the above-captioned matter. (ECF No. 8).

1

4. On September 25, 2025, Ms. Brian and Leanna A. Loginov of Shamis & Gentile, P.A. were appointed as Interim Co-Lead Class Counsel for Plaintiffs and the putative class. (ECF No. 19).[1]

5. Ms. Brian will leave the law firm of Federman & Sherwood on November 14, 2025.

6. Plaintiff Watts will continue to be represented by Federman & Sherwood through attorneys Jessica A. Wilkes and William B. Federman and through local counsel J. Barton Goplerud of Shindler Anderson Goplerud & Weese P.C. and Brian O. Marty of Shindler Anderson Goplerud & Weese P.C.

7. Ms. Wilkes was admitted to practice *pro hac vice* on October 31, 2025. (ECF No. 23).

8. Ms. Wilkes is eminently qualified to serve as interim co-lead counsel, in place of Ms. Brian, with Ms. Loginov. (*See* **Ex. 1** (Federman & Sherwood Firm Resume)).

9. Plaintiff Watts and opposing counsel of record have been served with a copy of this Motion.

10. Counsel for Defendant does not oppose.

11. This substitution will not impact the deadlines in this case. No trial date has been set and there are currently no motions pending in this matter. However, Defendant DRT LLC's deadline to answer or otherwise respond to Plaintiffs' Consolidated Complaint

---

[1] A Consolidated Class Action Complaint was filed on October 2, 2025, adding 10 Roads Express, LLC as an additional defendant, however this defendant has not yet made an appearance in the case.

(ECF No. 20) is November 17, 2025 (ECF No. 18).

WHEREFORE, Kennedy M. Brian respectfully requests the Court grant her leave to withdraw and appoint Jessica A. Wilkes of Federman & Sherwood to serve in her place as Interim Co-Lead Class Counsel with Leanna A. Loginov of Shamis & Gentile, P.A.

Date: November 11, 2025                            Respectfully submitted,

/s/: Kennedy M. Brian
Kennedy M. Brian
(*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
F: (405) 239-2112
E: kpb@federmanlaw.com

/s/: Jessica A. Wilkes
Jessica A. Wilkes
(*pro hac vice*)
William B. Federman
(*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
F: (405) 239-2112
E: wbf@federmanlaw.com
E: jaw@federmanlaw.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
**SHINDLER ANDERSON GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
T: (515) 223-4567
F: (515) 223-8887
E: goplerud@sagwlaw.com

### REQUIRED STATEMEMT OF OTHER PARTIES' POSITIONS IN NON-DISPOSITIVE MOTIONS PURSUANT TO LOCAL RULE 7(K)

I, the undersigned, personally conferred in good faith with counsel for all other parties of record concerning this Motion. They do not oppose the relief sought.

*/s/: Kennedy M. Brian*
Kennedy M. Brian

### CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/: Kennedy M. Brian*
Kennedy M. Brian