# **EXHIBIT 1**



# FEDERMAN & SHERWOOD

LAW FIRM

**Oklahoma Office**
10205 N Pennsylvania Avenue
Oklahoma City, OK 73120

**Texas Office**
4131 N Central Expressway, Ste 900
Dallas, TX 75204

Toll-Free: 800-237-1277
Phone: 405-235-1560
Website: federmanlaw.com



# FEDERMAN & SHERWOOD

## LAW FIRM

## CONTACT

- Oklahoma Office
- Texas Office
- [federmanlaw.com](federmanlaw.com)
- 1-800-237-1277

## PRACTICE AREAS

Data Breach Litigation
Class Action Litigation
Securities Litigation
Shareholder Derivative
Complex Litigation
Business Litigation

## ATTORNEYS

William B. Federman
Sara E. Collier
Kennedy M. Brian
Jessica A. Wilkes
Tanner R. Hilton
Alex J. Ephraim
Jonathan J. Herrera



## ABOUT THE FIRM

With offices in Oklahoma City, Oklahoma and Dallas, Texas, Federman & Sherwood is an experienced top-tier law firm focused on the complex litigation needs of individuals, consumers, shareholders, and businesses. Federman & Sherwood is a recognized leader in the fields of data privacy litigation, securities litigation, derivative (shareholder) litigation, and consumer class actions. We represent clients in federal and state courts, as well as mediations and arbitrations throughout the nation.

Federman & Sherwood is a diverse group of professionals who collaborate, are proud of the work they do and the clients they represent. Over decades, Federman & Sherwood, under the guidance of founder Bill Federman, has demonstrated a depth and breadth of experience and strength by representing individuals against some of the world's most powerful companies and largest law firms.

We are a personal firm with a national impact.

We pledge to maintain the highest degree of integrity and personal service that any client would want and deserve from their counsel and their firm.

# SELECT SIGNIFICANT CASES



## DATA PRIVACY LITIGATION

- *Salinas v. Block, Inc. and Cash App Investing, LLC*, No. 3:22-cv-04823 (N.D. Cal.)
- *In re Solara Med. Supplies, LLC Customer Data Sec. Breach Litigation*, 613 F. Supp. 3d 1284 (S.D. Cal. 2020).
- *In re: Orrick, Herrington, & Sutcliffe, LLP Data Breach Litigation*, No. 3:23-cv-04089 (N.D. Cal.).
- *Bointy v. Integris Health, Inc.*, No. CJ-2025-7235 (District Court of Oklahoma County, Oklahoma).
- *In re: Mednax Services, Inc. Data Security Breach Litigation*, No. 0:21-md-02994 (S.D. Fla.).
- *M.S. v. Med-Data, Inc.*, No. 4:22-cv-187 (S.D. Tex.).
- *Sanders v. Ibex Global Solutions, Inc.*, No. 1:22-cv-00591 (D.D.C.).
- *Okonski v. Progressive Casualty Insurance Company*, No. 1:23-cv-01548 (N.D. Ohio).
- *Turner v. Johns Hopkins Health System Corporation*, No. 24-c-23-002983 (Circuit Court of Baltimore City, Maryland).
- *In re: Bryan Cave Leighton Paisner, LLP Data Breach Litigation*, No. 1:23-cv-04249 (N.D. Ill.).
- *Meyers v. BHI Energy Services, LLC*, No. 1:23-cv-12513 (D. Mass.).
- *In re Snap Finance Data Breach Litig.*, No. 2:22-cv-00761-TS-JCB (D. Utah).
- *In re Communication Federal Credit Union Data Breach Litigation*, No. CJ-2024-5388 (District Court of Oklahoma County, Oklahoma).
- *In re: Physician's Business Office Data Incident Litigation*, No. CC-54-2022-C-252 (Wood County Circuit Court of West Virginia).
- *Lochridge v. Quality Temporary Services., Inc.*, No. 22-CV-12086, 2023 WL 4303577 (E.D. Mich).
- *Ebert v. PRGX Global, Inc.*, No. 1:23-cv-04233 (N.D. Ga.).
- *Johnson v. Paycom Payroll, LLC*, No. CJ-2023-4763 (District Court of Oklahoma County, Oklahoma).
- *Davila v. New Enchantment Group, LLC*, No. 2:23-cv-01098 (D. Ariz.).
- *In re Yale New Haven Health Services Corp. Data Breach Litig.*, No. 3:25-cv-00609 (SRU) (D. Conn.) (designated co-lead class counsel)



## SECURITIES LITIGATION

- *Gill et al. v. Bluebird Bio, Inc.*, No.1:24-cv-10803 (D. Mass.).
- *In re Galena Biopharma, Inc. Securities Litigation*, No. 2:17-cv-00929 (D.N.J.).
- *Carbone et al. v. Amyris, Inc.*, No. 19-cv-1765 (N.D. Cal.).
- *Angley v. UTI Worldwide.*, No. 2:14-cv-02066 (C.D. Cal.).
- *Loritz v. Exide*, No. 2:13-cv-02607 (C.D. Cal.).
- *In re Houston American Energy Corp. Securities Litigation*, No. 4:12-cv-01332 (S.D. Tex.).
- *Nakkhumpun v. Daniel J. Taylor*, 782 F.3d 1142 (10th Cir. 2015) (Delta Petroleum Corporation Securities Litigation).
- *Spitzberg v. Houston American Energy Corp.*, 758 F.3d 676 (5th Cir. 2014).
- *In re Ener1 Securities Litig.*, No. 11-cv-05794-PAC (S.D.N.Y.).

# SELECT SIGNIFICANT CASES

## ⚖️ DERIVATIVE LITIGATION

- *In Re: Icahn Enterprises, L.P. Derivative Litigation*, No. 1:23-CV-22932 (S.D. Fla.).
- *In Re: Super Micro Computer, Inc. Derivative Litigation*, No. 5:24-cv-06410 (N.D. Cal.).
- *In Re: Archer-Daniels-Midland Company Derivative Litigation*, No. 1:24-cv-00506 (D. Del.).
- *Robison v. Digital Turbine, Inc., William Stone, and Barrett Garrison*, No. 1:22-CV-00550 (W.D. Tex.).
- *Newkirk v. Kelly*, No. 3:23-cv-01339 (N.D. Tex.).
- *In Re: Cell Therapeutics, Inc. Derivative Litigation*, No. C10-564 (W.D. Wash.).
- *The Booth Family Trust v. Michael S. Jeffries*, No. 2:05-cv-0860 (S.D. Ohio) (Abercrombie & Fitch Derivative Litigation).

## 👥 CONSUMER LITIGATION

- *In re: Samsung Top-Load Washing Machine Marketing, Sales Practices and Product Liability Litigation*, No. 17-mdl-2792 (W.D. Okla.).
- *Patellos v. Hello Products, LLC*, No. 1:19-cv-09577 (S.D.N.Y.).



# WILLIAM B. FEDERMAN

## MANAGING PARTNER

## CONTACT

 wbf@federmanlaw.com

 1-800-237-1277

 federmanlaw.com

## EDUCATION

- Boston University (B.A., cum laude, 1979).
- University of Tulsa (J.D., 1982).

## MEMBERSHIPS

- Arbitration Panel, New York Stock Exchange, 1985.
- Oklahoma County Bar Association (Member, Committee on Professionalism, 1987-1990).
- American Bar Association.
- Securities Industry Association, Law and Compliance Division; Defense Research Institute.
- American Inns of Court (Barrister, 1990-1993).
- Oklahoma Bar Association, Rules of Professional Conduct Committee (2020).

## AWARDS & HONORS

- Securities Litigation and Arbitration Law Firm of the Year in Oklahoma – 2018 (Global Law Experts Annual Awards).
- Securities Litigation and Arbitration Law Firm of the Year in Oklahoma – 2019 (Corporate INTL Magazine).
- Oklahoma Super Lawyers list by Thomson Reuters – 2019.
- Recognized for Exceptional Service and Outstanding Performance on behalf of the Federal Bar Association (Oklahoma City Chapter) Pro Bono Program, 2018–2019.

## ABOUT

William B. Federman is the founder and managing partner of Federman & Sherwood. Mr. Federman has more than forty (40) years of diverse, hands-on, trial, and appellate experience in the areas of data breach litigation, class action litigation, securities litigation, and complex litigation. Mr. Federman has represented clients in federal courts, state courts, the Supreme Court of the United States of America, multidistrict litigation proceedings, and arbitration forums across the United States.

Mr. Federman leads the firm's class action litigation practice, bringing claims on behalf of individuals to remedy violations of consumer protection laws, securities laws, data breach laws, and product liability laws, among others. Mr. Federman has served as lead counsel, co-lead counsel, and as a member of the executive steering committee on hundreds of class action cases throughout the United States during his career. Mr. Federman is a staunch advocate and has won hundreds of millions of dollars for his clients.

In the legal community, Mr. Federman is well known for his high ethical standards and competency as a trial attorney. Mr. Federman has received the Martindale-Hubbell peer review rating of AV Preeminent for both ethical standards and legal ability. Mr. Federman has also served on the Oklahoma County Bar Ethics Committee and has been honored as a featured speaker at many bar events, including the American Bar Association, the Houston Bar Association, and the Oklahoma Bar Association.

Outside of the office, Mr. Federman enjoys cheering on the Oklahoma City Thunder and spending time with his favorite four-legged companion, Reggie.

## COURTS ADMITTED

- Oklahoma
- Texas
- New York
- United States District Court for the Western District of Oklahoma
- United States District Court for the Northern District of Oklahoma
- United States District Court for the Eastern District of Oklahoma
- United States District Court for the Western District of Texas
- United States District Court for the Eastern District of Texas
- United States District Court for the Northern District of Texas
- United States District Court for the Southern District of Texas
- United States District Court for the District of Colorado
- United States District Court for the District of Nebraska
- United States District Court for the Northern District of Illinois
- United States District Court for the Northern District of Ohio
- United States District Court for the Northern District of New York
- United States District Court for the Southern District of New York
- United States District Court for the Eastern District of New York
- United States District Court for the Eastern District of Arkansas
- United States District Court for the Western District of Arkansas
- United States Court of Appeals, First Circuit
- United States Court of Appeals, Second Circuit
- United States Court of Appeals, Third Circuit
- United States Court of Appeals, Fourth Circuit
- United States Court of Appeals, Fifth Circuit
- United States Court of Appeals, Sixth Circuit
- United States Court of Appeals, Seventh Circuit
- United States Court of Appeals, Eighth Circuit
- United States Court of Appeals, Ninth Circuit
- United States Court of Appeals, Tenth Circuit
- United States Court of Appeals, Eleventh Circuit
- United States Court of Appeals, Federal Circuit
- United States Supreme Court

## SELECT LEADERSHIP APPOINTMENTS

- *Salinas v. Block, Inc. and Cash App Investing, LLC*, No. 3:22-cv-04823 (N.D. Cal.) (Interim Co-Lead Class Counsel).
- *Bointy v. Integris Health, Inc.*, No. CJ-2025-7235 (District Court of Oklahoma County, Oklahoma) (Interim Co-Lead Class Counsel*).*
- *In re: Mednax Services, Inc. Data Security Breach Litigation*, No. 0:21-md-02994 (S.D. Fla.) (Interim Co-Lead Class Counsel).
- *Turner v. Johns Hopkins Health System Corporation*, No. 24-c-23-002983 (Circuit Court of Baltimore City, Maryland) (Interim Lead Class Counsel).
- *In re: Physician's Business Office Data Incident Litigation*, No. CC-54-2022-C-252 (Wood County Circuit Court of West Virginia) (Interim Co-Lead Class Counsel).
- *In re Communication Federal Credit Union Data Breach Litigation*, No. CJ-2024-5388 (District Court of Oklahoma County, Oklahoma) (Interim Co-Lead Class Counsel).
- *Okonski v. Progressive Casualty Insurance Company*, No. 1:23-cv-01548 (N.D. Ohio) (Interim Co-Lead Class Counsel).
- *In re: Orrick, Herrington, & Sutcliffe, LLP Data Breach Litigation*, No. 3:23-cv-04089 (N.D. Cal.) (Interim Lead Class Counsel).
- *Bingaman v. Avem Health Partners, Inc.*, No. 5:23-cv-00130 (W.D. Okla.) (Interim Lead Class Counsel).
- *In re: Bryan Cave Leighton Paisner, LLP Data Breach Litigation*, No. 1:13-cv-04249 (N.D. Ill.) (Interim Lead Class Counsel).
- *In re: Navvis & Company, LLC Data Breach Litigation*, No. 4:24-cv-00029 (E.D. Mo.) (Interim Co-Lead Class Counsel).
- *In re Eisner Advisory Group, LLC Data Breach Litigation*, No. 1:25-cv-03044 (S.D.N.Y.) (Interim Co-Lead Class Counsel).
- *McNally v. Infosys McCamish Systems, LLC,* No. 1:24-cv-00995 (N.D. Ga.) (Plaintiffs' Steering Committee Member).
- *In re: Fortra File Transfer Software Data Security Breach Litigation*, No. 24-MD-03090 (S.D. Fla.) (Track 4 Intellihartx Spoke Lead).
- *Kolstedt v. TMX Finance Corporate Services, Inc.*, No. 4:23-cv-00076 (S.D. Ga.) (Plaintiffs' Steering Committee Member).
- *In re Varsity Brands, Inc. Data Breach Litigation*, No. 3:24-cv-02633-B (N.D. Tex.) (Interim Co-Lead Class Counsel).
- *In re Jani-King International, Inc. Data Breach Litigation*, No. 3:25-cv-01057-N (N.D. Tex.) (Interim Co-Lead Class Counsel).
- *In re Hand & Plastic Surgery Centre, PLC d/b/a Elite Plastic Surgery Data Breach Litigation*, No. 2025-03097-NZ (Kent County, Michigan) (Interim Lead Class Counsel).

# KENNEDY M. BRIAN

## ATTORNEY

## CONTACT

 kpb@federmanlaw.com

 1-800-237-1277

 federmanlaw.com

## EDUCATION

- University of Central Oklahoma (B.M. in Musical Theatre, Minor in Real Estate Finance).
- University of Oklahoma College of Law.

## MEMBERSHIPS

- Oklahoma Bar Association.
- Oklahoma County Bar Association.
- Federal Bar Association.
- American Association for Justice.
- Alpha Xi Delta, Alumni.

## AWARDS & HONORS

- Academic Achievement Award, Trial Techniques, University of Oklahoma College of Law.
- Distinguished Speaker, 1L Moot Court Competition, University of Oklahoma College of Law.
- American Indian Law Review, Member, University of Oklahoma College of Law.

## ABOUT

Ms. Brian is a rising star in the data privacy litigation sector who practices in state and federal courts across the nation. By virtue of her unmatched work ethic, Ms. Brian has played a pivotal role in obtaining favorable decisions for data breach victims throughout the United States. Ms. Brian has successfully worked on dozens of data privacy cases and has served in various leadership positions on state court cases, federal court cases, and multi-district litigation. Ms. Brian is recognized as a knowledgeable attorney in the data privacy litigation sector and often speaks on data privacy topics at conferences across the nation. Prior to joining Federman & Sherwood, Ms. Brian was a trusts and estates attorney where she helped clients manage multi-million-dollar estates.

When Ms. Brian is not advocating for her clients, she can be found spending time with her four dogs, her husband, or volunteering with the Junior League of Oklahoma City.

## COURTS ADMITTED

- Oklahoma
- United States District Court for the Northern District of Oklahoma
- United States District Court for the Western District of Oklahoma
- United States District Court for the Eastern District of Oklahoma
- United States District Court for the Northern District of Texas
- United States District Court for the Western District of Texas
- United States District Court for the Eastern District of Texas
- United States District Court for the Southern District of Texas
- United States District Court for the District of Colorado
- United States District Court for the District of Nebraska

## SPEAKING ENGAGEMENTS

- American Association for Justice Annual Convention, July 2025, San Francisco, California.
- New Challenges for Article III Standing in Data Security Cases, HarrisMartin's Data Breach Litigation Conference, September 2024, Nashville, Tennessee.

## LEADERSHIP APPOINTMENTS

- *In re: Change Healthcare, Inc. Customer Data Security Breach Litig.*, No. 0:24-md-03108 (D. Minn.) (Patient Track Steering Committee) (Multidistrict Litigation).
- *In re: Furniture Mart USA, Inc. Data Breach Litigation*, No. 4:25-cv-04021 (D.S.D.) (Interim Co-Lead Class Counsel).
- *In re Great Plains Regional Medical Center Data Breach Litigation*, No. 5:24-cv-01337 (W.D. Okla.) (Interim Co-Lead Class Counsel).
- *Burge v. Mason Construction, LLC,* No. 24-DC-CV-2053 (Interim Co-Lead Class Counsel).
- *In re: ABC Legal Services Data Security Litigation*, No. 2:24-cv-02092 (W.D. Wash.) (Interim Co-Lead Class Counsel).
- *Johnsen v. American Water Works Company, Inc.*, No. 1:24-cv-09752 (D.N.J.) (Plaintiffs' Executive Committee).
- *In re: Carruth Compliance Consulting, Inc. Data Security Incident*, No. 2:25-cv-00119 (D. Ore.) (Interim Class Counsel).
- *Ebert, et al. v. PRGX Global, Inc.*, No. 1:23-cv-04233 (N.D. Ga.) (Settlement Class Counsel).
- *Johnson, et al. v. Paycom Payroll, LLC*, No. CJ-2023-4763 (District Court of Oklahoma County, Oklahoma) (Settlement Class Counsel).
- *Davila v. New Enchantment Group, LLC*, No. 2:23-cv-01098 (D. Ariz.) (Settlement Class Counsel).
- *Buechler v. Brown Paindiris & Scott, LLP*, No. 3:25 cv-00629 (D. Ariz.) (Interim Co-Lead Class Counsel).
- *Watts v. DRT, LLC*, No. 1:25-cv-00013-RGE-HCA (S.D. Iowa) (Interim Co-Lead Class Counsel).



# JESSICA A. WILKES

## ATTORNEY

## CONTACT

 jaw@federmanlaw.com

 1-800-237-1277

 www.federmanlaw.com

## EDUCATION

- Oklahoma State University (B.S. & B.A., majoring in Finance, Entrepreneurship, and Economics, 2018 magna cum laude).
- Baylor University School of Law (cum laude).

## MEMBERSHIPS

- Oklahoma Bar Association.

## ABOUT

Ms. Wilkes specializes in data breach class actions, securities class actions, mass torts, and business litigation. Ms. Wilkes is a skilled trial attorney and received specialized training from one of the nation's highest ranked trial advocacy programs at Baylor University School of Law. Prior to joining Federman & Sherwood, Ms. Wilkes served as an Assistant Attorney General at the Oklahoma Attorney General's Office where she focused on employment law, personal injuries, constitutional law, and appellate work.

## COURTS ADMITTED

- Oklahoma
- United States District Court for the Northern District of Oklahoma
- United States District Court for the Western District of Oklahoma
- United States District Court for the Eastern District of Oklahoma
- United States District Court for the Northern District of Texas
- United States District Court for the Western District of Texas
- United States District Court for the Eastern District of Texas
- United States District Court for the Southern District of Texas
- United States District Court for the District of Colorado
- 10th Circuit Court of Appeals

## LEADERSHIP APPOINTMENTS

- *In re Autobell Car Wash, LLC Data Breach Litig., No. 3:24-cv-00959 (W.D.N.C.) (Interim Co-Lead Counsel).*
- *Accurso v. Western Electrical Contractors Association, Inc., No. 24CV017855 (Sup. Ct. Cal. Cty. Sacramento) (Interim Co-Lead Counsel).*
- *Sauray v. Arden Claims Services, LLC, No. 609033/2024 (Sup. Ct. N.Y., Cassau Cnty.) (Interim Co-Lead Counsel).*
- *In re Landmark Admin LLC Data Incident Litig., No. 6:24-CV-082-H (N.D. Tex.) (Executive Committee).*
- *In re: Panera Data Security Litig., No. 4:24-cv00847-HEA (E.D. Mo.) (Executive Committee).*
- *Harrison, v. PECO Foods, Inc., Case No. 7:24-cv-01028-LSC (N.D. Ala.) (Executive Committee).*
- *In re: Thompson Cogburn Data Security Litig., No. 4:24-cv-1509 (E.D. Mo.) (Executive Committee).*



# TANNER R. HILTON

## ATTORNEY

## CONTACT

 trh@federmanlaw.com

 1-800-237-1277

 www.federmanlaw.com

## EDUCATION

- Oklahoma City University School of Law.
- Texas A&M University (2019, B.S. Political Science).

## MEMBERSHIPS

- Federal Bar Association.
- Order of the Barristers (2022).
- American Association for Justice.

## AWARDS & HONORS

- CALI Award – Secured Transactions.

## ABOUT

Mr. Hilton is an attorney in the firm's Oklahoma City office. Mr. Hilton's primary focus is in complex and class action litigation, including federal securities class actions, data breaches, and consumer class actions. Prior to joining Federman & Sherwood, Mr. Hilton was a clerk for the Oklahoma Department of Securities. While attending law school, Mr. Hilton was a member of Native American Law Student Association Moot Court team and received multiple academic awards, including the CALI award for Secured Transactions.

## COURTS ADMITTED

- Oklahoma
- United States District Court for the Northern District of Oklahoma
- United States District Court for the Western District of Oklahoma
- United States District Court for the Eastern District of Oklahoma
- United States District Court for the Northern District of Texas
- United States District Court for the Western District of Texas
- United States District Court for the Eastern District of Texas
- United States District Court for the Southern District of Texas

## LEADERSHIP APPOINTMENTS

- *In re Seven Counties Services, Inc. Data Breach Litigation*, No. 24-CI-007516 (2024) (Interim Co-Lead Class Counsel).
- *Dunn, v. Complete Payroll Solutions, LLC*, No. 1:25-cv-30045 (D. Mass.) (Plaintiffs' Steering Committee).
- *In re Cupertino Electric Inc. Litigation*, No. 5:23-cv-04007 (N.D. Cal.) (Settlement Class Counsel).
- *Casey v. Tyler Technologies, Inc.*, No. CJ-2024-5929 (Dist. Ct. Okla. Cty.) (Settlement Class Counsel).
- *In re: Ascension Health December 2024 Data Breach Litigation*, No. 4:25-cv-00626 (E.D. Mo.) (Plaintiffs' Steering Committee).



# ALEX J. EPHRAIM
## ATTORNEY

## ABOUT

Mr. Ephraim is an attorney in the firm's Oklahoma City office. Mr. Ephraim's primary focus is in complex and class action litigation, including securities class actions, data breaches, and consumer class actions. Prior to joining Federman & Sherwood, Mr. Ephraim practiced general civil litigation representing clients in oil and gas – lease and royalty disputes, employment claims, responding to government investigations, breach of contract matters, water rights disputes, and property developments.

## CONTACT

 aje@federmanlaw.com

 1-800-237-1277

 www.federmanlaw.com

## EDUCATION

- University of Missouri – Kansas City School of Law.
- University of Colorado – Denver (B.A. Political Science – Public Policy Analysis, 2018).

## MEMBERSHIPS

- Oklahoma Bar Association.
- Oklahoma County Bar Association.
- Federal Bar Association.

## AWARDS & HONORS

- Dean's list.
- Governor's Cup (MO) – Mock Trial Champions.

## COURTS ADMITTED

- Oklahoma
- United States District Court for the Northern District of Oklahoma
- United States District Court for the Western District of Oklahoma
- United States District Court for the Eastern District of Oklahoma
- United States District Court for the Eastern District of Texas
- United States District Court for the Southern District of New York

# JONATHAN J. HERRERA

## ATTORNEY

## CONTACT

 jjh@federmanlaw.com

 1-800-237-1277

 www. federmanlaw.com

## EDUCATION

- University of Oklahoma College of Law.
- Austin College (B.A. in Business Administration and Spanish).

## MEMBERSHIPS

- Oklahoma Bar Association.
- Oklahoma County Bar Association.

## AWARDS & HONORS

- 2nd Place Speaker Moot Court Competition, University of Oklahoma College of Law 2017.
- 2nd Place Negotiations Competition, University of Oklahoma College of Law 2015.
- Law Student Service Award, University of Oklahoma 2017.
- Order of the Solicitors, University of Oklahoma College of Law.

## ABOUT

Mr. Herrera is a litigation and transactional attorney whose multi-faceted practice encompasses a broad range of business litigation and disputes, including data breach, consumer class actions, and securities. He represents clients in complex business and commercial disputes in state and federal courts, arbitrations, and administrative proceedings.

Prior to joining Federman & Sherwood, Mr. Herrera practiced Criminal Defense in Oklahoma for over 5 years achieving successful outcomes and dismissals for clients throughout Oklahoma. Mr. Herrera focused on high profile cases, including sex crimes, drug trafficking, assault and battery, and embezzlement. He successfully negotiated favorable outcomes for clients to prevent them from serving jail time. Mr. Herrera also assisted in drafting successful appellate briefs before the Oklahoma Court of Criminal appeals, executed expungements and pardons, and helped clients get removed from the Oklahoma Sex Offender Registry.

## COURTS ADMITTED

- Oklahoma
- United States District Court for the Northern District of Oklahoma
- United States District Court for the Eastern District of Oklahoma
- United States District Court for the Western District of Arkansas