**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| **IN RE: DRT LLC DATA SECURITY LITIGATION** | Case No.: 1:25-cv-00013-RGE-HCA<br><br>**MOTION TO DISMISS CLASS ACTION COMPLAINT OR, ALTERNATIVELY, MOTION TO COMPEL ARBITRATION** |

Defendants, DRT LLC ("DRT") and 10 Roads Express, LLC ("10 Roads") (collectively, "Defendants"), move the Court to dismiss Plaintiffs' Consolidated Class Action Complaint (Doc. 20) ("Complaint"), pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that (1) this Court lacks subject-matter jurisdiction, as Plaintiffs have not alleged facts to establish Article III standing, and (2) the Complaint fails to state a claim upon which relief can be granted.

In the alternative, should this Court find that dismissal of the Complaint pursuant to Rule 12(b)(1) and/or Rule 12(b)(6) is not appropriate, Defendants move to dismiss the class action allegations and compel arbitration as to Plaintiffs Mark Moore and Tyler Watts.

The grounds for this Motion are more fully set forth in Defendants' Brief in support of this Motion, which is attached hereto and incorporated herein by this reference.

WHEREFORE, Defendants, DRT LLC and 10 Roads Express, LLC respectfully request the Court dismiss the Complaint with prejudice. In the alternative, and only in the event this Court deems dismissal of the Complaint is not appropriate, Defendants request the Court dismiss the class action allegations and compel arbitration as to Plaintiffs Moore and Watts.

Dated this 17th day of November, 2025.

                DRT LLC and 10 ROADS EXPRESS, LLC,
                Defendants,

By:  /s/ *Kenneth W. Hartman*
      Allison D. Balus (AT0010832)
      Kenneth W. Hartman (AT0010409)
      Adam J. Kost (AT0014567)
of   BAIRD HOLM LLP
      1700 Farnam St. Ste. 1500
      Omaha, NE  68102-2068
      Phone: 402-344-0500
      Email: abalus@bairdholm.com
      Email: khartman@bairdholm.com
      Email: akost@bairdholm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 17th day of November, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

J. Barton Goplerud – goplerud@sagwlaw.com
Brian O. Marty – marty@sagwlaw.com
Leanna A. Loginov – lloginov@shamisgentile.com
Kennedy M. Brian – kpb@federmanlaw.com
William B. Federman – wbf@federmanlaw.com
Leigh S. Montgomery – lmontgomery@eksm.com
Jessica A. Wilkes – jaw@federmanlaw.com

                /s/ *Kenneth W. Hartman*