**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**WESTERN DIVISION**

| | |
|---|---|
| **IN RE: DRT LLC DATA SECURITY LITIGATION** | No. 1:25−cv−00013-RGE-HCA |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, Plaintiffs Tyler Watts, Terry Clark, and Mark Moore, ("Plaintiffs") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), do hereby dismiss this action as follows:

1. All claims of the Plaintiffs, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: December 31, 2025                By: */s/Leanna A. Loginov*

Leanna A. Loginov (*admitted pro hac vice*)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299
lloginov@shamisgentile.com

1