**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| **IN RE: DRT LLC DATA SECURITY LITIGATION** | No. 1:25-cv-00013-RGE-HCA |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Tyler Watts, Terry Clark, and Mark Moore ("Plaintiffs") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), do hereby dismiss this action as follows:

1. All claims of the Plaintiffs, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed with prejudice.

Dated: August 11, 2026

By: */s/ Leanna A. Loginov*
Leanna A. Loginov (admitted pro hac vice)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299
Email: lloginov@shamisgentile.com